

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lori Elizabeth Hill, Appellant

No. 06-16-00058-CR        v.

The State of Texas, Appellee

Appeal from the 82nd District Court of Falls County, Texas (Tr. Ct. No. 9475). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Lori Elizabeth Hill, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 14, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk